IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-440-FL

| | |
|---|---|
| MELINDA J. LOPEZ,<br>    Plaintiff, | )<br>)<br>) |
| vs | )   **STIPULATION OF DISMISSAL**<br>)   **WITH PREJUDICE** |
| PRUITTHEALTH HOSPICE, INC.,<br>a/k/a UNITED HOSPICE INC., a/k/a/<br>PRUITT HEALTH, Inc. a/k/a UHS-PRUITT<br>CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

Plaintiff Melinda J. Lopez and Defendant Lincoln National Life Insurance Company and Metropolitan Life Insurance Company, through their undersigned counsel, hereby stipulate that this action is dismissed <u>with prejudice</u>. Each side is to bear its own costs, including attorneys' fees.

This, the 5th day of January 2015.

| | |
|---|---|
| **MEYER LAW OFFICES, P.A.**<br> By:/s/ Deborah N. Meyer<br>Deborah N. Meyer<br>N.C. State Bar No. 19186<br>401 Harrison Oaks Blvd, Suite 321<br>Cary, NC 27513<br>Telephone: 919-678-8200<br>Facsimile: 919-678-8280<br>Dmeyer@meyerlawnc.com<br>*Attorney for Plaintiff* | **FISHER & PHILLIPS, LLP**<br>By: /s/Kevin J. Dalton<br>Kevin J. Dalton<br>N.C. State Bar No. 24197<br>227 West Trade Street, Suite 2020<br>Charlotte, N.C. 28202<br>Telephone: 704-334-4565<br>Fax: 704-334-9774<br>Email: kdalton@laborlawyers.com<br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015 I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF systems, which will send notification of such filing as follows:

>FISHER & PHILLIPS, LLP
>Kevin J. Dalton
>N.C. State Bar No. 24197
>227 West Trade Street, Suite 2020
>Charlotte, N.C. 28202
>Telephone: 704-334-4565
>Fax: 704-334-9774
>Email: kdalton@laborlawyers.com
>*Attorney for Defendants*

This, the 5th day of January 2015.

>MEYER LAW OFFICES, P.A.
>
>**By:** /s/ Deborah N. Meyer
>Deborah N. Meyer
>N.C. State Bar No. 19186
>401 Harrison Oaks Blvd., Ste 321
>Cary, North Carolina 27513
>Telephone: (919) 678-8200
>Facsimile: 919-678-8280
>Email: Dmeyer@meyerlawnc.com
>*Attorney for Plaintiff*